AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DEMARIO WILCHER,

Petitioner,

v.

WARDEN WILLIAM DANFORTH,

Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:25-cv-31

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's May 30, 2025 Order, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Petitioner's 28 U.S.C. § 2254 petition is dismissed without prejudice. Further, Petitioner is denied a certificate of appealability and in forma pauperis status on appeal. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: June 3, 2025

John E. Triplett, Clerk of Court

Clerk

(By) Deputy Clerk